## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV 6678
JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN

In the Matter of

TARAS LYSSENKO, Plaintiff,
v.
INTERNATIONAL TITANIUM POWDER, LLC and
STANLEY BORYS, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Taras Lyssenko

FILED
NOV 28 2007
NOV 2 8 2007   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Anthony J. Carballo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Anthony J. Carballo | |
| FIRM <br> Freeborn & Peters, LLP | |
| STREET ADDRESS <br> 311 South Wacker Drive, Suite 3000 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606-6677 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6193218 | TELEPHONE NUMBER <br> (312) 360-6582 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |