IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARAS LYSSENKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6678 |
| | ) | |
| INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS, | ) ) ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Anthony J. Carballo
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677

PLEASE TAKE NOTICE that on Wednesday, January 2, 2008 at 9:15 a.m., we shall appear before the Honorable Robert Gettleman, in Courtroom 1703, 219 S. Dearborn St., the courtroom usually occupied by him, and shall then and there present Defendant International Titanium Powder, L.L.C.'s Motion to Dismiss, a copy of which is attached hereto.

Dated: December 21, 2007          Respectfully submitted,


/s/     Matthew D. Lahey

Matthew D. Lahey
Lee Ann Rabe
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600

*Attorneys for Defendant International Titanium Powder, L.L.C.*

CH2\2243588.1