IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARAS LYSSENKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6678 |
| | ) | |
| INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS, | ) ) ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Martin C. |
| | ) | Ashman |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant International Titanium Powder, L.L.C., by and through its undersigned attorneys, states as follows:

1. International Titanium Powder, L.L.C., states that its members are Titanium Company of America, L.L.C., and Prairie Oak Capital Fund 1, L.L.C..

2. Neither Titanium Company of America, L.L.C., or Prairie Oak Capital Fund 1, L.L.C. has a parent corporation, and no publicly-held company holds a 10% or greater ownership interest in either Titanium Company of America, L.L.C., or Prairie Oak Capital Fund 1, L.L.C..

Dated: December 21, 2007          Respectfully submitted,

/s/     Matthew D. Lahey
Matthew D. Lahey
Lee Ann Rabe
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600

*Attorneys for Defendants, International Titanium Powder, L.L.C.*

CH2\2237906.1