**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TARAS LYSSENKO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 07 C 6678** |
| | ) | |
| **INTERNATIONAL TITANIUM** | ) | **Judge Robert W. Gettleman** |
| **POWDER, LLC and STANLEY** | ) | |
| **BORYS,** | ) | **Magistrate Judge Martin C.** |
| | ) | **Ashman** |
| **Defendants.** | ) | |

**DEFENDANT STANLEY BORYS' MOTION TO DISMISS**

Defendant Stanley Borys ("Borys"), through his attorneys, respectfully requests that this Court dismiss with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), Counts V and VII of Plaintiff's Complaint and Jury Demand. In support of his Motion, Defendant states as follows:

1.      Plaintiff Taras Lyssenko ("Lyssenko") asserts a number of claims against his former employer, ITP, as well as against ITP's Chairman and CEO, Stanley S. Borys.

2.      Lyssenko's allegations arise out of the termination of his employment with ITP in August 2007, as well as alleged subsequent events.

3.      Plaintiff's one allegedly defamatory statement is not actionable defamation *per se*, because it does not have a precise and readily understood meaning and because it does not state a verifiable fact.

4.      Plaintiff's Uniform Deceptive Trade Practices Act ("UDTPA") claim should be dismissed because Plaintiff fails to allege any misstatement of fact and any facts to indicate the

likelihood of future wrongdoing.  Moreover, the UDTPA does not proscribe statements arising out of an employment context.

5.    Counts V and VII against Defendant Borys are identical to Counts IV and VI against ITP, and therefore Defendant Borys hereby adopts and incorporates by reference the arguments related to Counts IV and VI set forth in Defendant ITP's Motion to Dismiss and Memorandum in Support.

WHEREFORE, for the foregoing reasons, Defendant Stanley Borys respectfully requests that this Court dismiss Counts V and VII of Plaintiff's Complaint with prejudice, dismiss Defendant Borys from this action, and grant such other relief as the Court may consider just.

Dated: December 21, 2007                  Respectfully submitted,


/s/      Matthew D. Lahey

Matthew D. Lahey
Lee Ann Rabe
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600

*Attorneys for Defendant Stanley Borys*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on December 21, 2007, he electronically filed the foregoing Defendant's Motion to Dismiss with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following:

Anthony J. Carballo
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
(312) 360-6000
tcarballo@freebornpeters.com
gcolunga@freebornpeters.com

/s/     Matthew D. Lahey

CH2\2243571.1