IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARAS LYSSENKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6678 |
| | ) | |
| INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS, | ) ) ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Anthony J. Carballo
     Gia F. Colunga
     Freeborn & Peters LLP
     311 South Wacker Drive
     Suite 3000
     Chicago, Illinois 60606-6677

   PLEASE TAKE NOTICE that on Wednesday, January 2, 2008 at 9:15 a.m., we shall appear before the Honorable Robert Gettleman, in Courtroom 1703, 219 S. Dearborn St., the courtroom usually occupied by him, and shall then and there present Defendant Stanley Borys' Motion to Dismiss, a copy of which is attached hereto.

   Dated: December 21, 2007           Respectfully submitted,


                                      /s/    Matthew D. Lahey

                                      Matthew D. Lahey
                                      Lee Ann Rabe
                                      Schiff Hardin LLP
                                      6600 Sears Tower
                                      Chicago, IL 60606
                                      (312) 258-5500
                                      (312) 258-5600

                                      *Attorneys for Defendant Stanley Borys*

CH2\2243588.1