IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARAS LYSSENKO,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNATIONAL TITANIUM POWDER,<br>LLC and STANLEY BORYS,<br><br>        Defendants. | Case No. 07 C 6678<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Martin C. Ashman |

**PLAINTIFF LYSSENKO'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTIONS TO DISMISS AND ITP'S COUNTERCLAIM**

Plaintiff, Counter-Defendant Taras Lyssenko ("Lyssenko"), by his attorneys, Anthony J. Carballo and Gia F. Colunga of Freeborn & Peters LLP, respectfully moves this Court to grant Lyssenko's unopposed request for an additional 21 days to respond to the Motions to Dismiss of Defendant International Titanium Powder, LLC ("ITP") and Defendant Stanley Borys ("Borys") (collectively, "Defendants") and Counterclaim on ITP. In support of this Motion, Lyssenko states as follows:

1. On Defendant 21, 2007, Defendants both filed Motions to Dismiss relating to various claims alleged in Lyssenko's Complaint, and ITP filed a Counterclaim against Lyssenko.

2. On January 2, 2008, the Court requested Lyssenko to respond to the Motions to Dismiss and Counterclaim by January 22, 2008 and for Defendants to file their replies to the Motions to Dismiss by February 5, 2008.

3. Due to a rigorous deposition schedule in a case pending before Judge Castillo, *Brown & Brown, Inc. v. Muhammad Munawar Ali*, 07 C 2893, which attorney Gia F. Colunga has principal responsibilities, and in a case pending before Judge Moran, *American Hardware*

*Manufacturers Association v. Reed Elsevier, Inc.*, 03 C 9421, which attorney Anthony J. Carballo has principal responsibilities, Lyssenko requests an additional 21 days within which to file responses to Defendants' Motions to Dismiss and ITP's Counterclaim.

4. Defendants have agreed to this proposed extension of time and have no objection to this Motion.

5. If the proposed extension is granted, Defendants require an additional 14 days to file the replies to their Motions to Dismiss, and Lyssenko agrees with and has no objection to this request.

WHEREFORE, Plaintiff Taras Lyssenko respectfully requests that the Court grant this Motion and enter and Order allowing Taras Lyssenko until February 12, 2008 to file his response to Defendants' Motions to Dismiss and to ITP's Counterclaim and allowing Defendants until March 11, 2008 to file replies to their Motions to Dismiss.

Respectfully submitted,

TARAS LYSSENKO

By: /s/   Gia F. Colunga
One of His Attorneys

Anthony J. Carballo
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
312.360.6000

Dated: January 18, 2008