IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARAS LYSSENKO,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS,<br><br>      Defendants. | Case No. 07 C 6678<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

To:    Matthew D. Lahey
         Lee Ann Rabe
         Schiff Hardin LLP
         6600 Sears Tower
         Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on January 22, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert Gettleman in Room 1703 of the United States District Court for the Eastern Division of Illinois, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff Lyssenko's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss and ITP's Counterclaim, a copy of which is hereby served upon you.

                                                  Respectfully submitted,

                                                  TARAS LYSSENKO

                                                  By: /s/    Gia F. Colunga
                                                        One of His Attorneys

Anthony J. Carballo
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
312.360.6000

Dated: January 18, 2008

1467924v1

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record for Plaintiff, certifies that she caused a copy of Plaintiff's Notice of Motion and Motion to be served on upon:

>Matthew D. Lahey
>Lee Ann Rabe
>Schiff Hardin LLP
>6600 Sears Tower
>Chicago, Illinois 60606
>mlahey@schiffhardin.com
>lrabe@schiffhardin.com

via the Court's electronic filing system.


>/s/   Gia F. Colunga

- 2 -

1467924v1