## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Taras Lyssenko

                                               Plaintiff,

v.                                                                                   Case No.: 1:07−cv−06678

                                                                                  Honorable Robert W. Gettleman

International Titanium Powder, LLC, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 24, 2008:

      MINUTE entry before Judge Robert W. Gettleman: Plaintiff's motion for extension of time [17] to 2/12/2008 to respond to defendants' motions to dismiss and ITP's counterclaim is granted. Defendants' reply is due by 3/11/2008.Telephone notice (gds,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.