**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TARAS LYSSENKO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6678 |
| | ) | |
| **INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS,** | ) ) ) | **Judge Robert W. Gettleman** |
| | ) | **Magistrate Judge Martin C.** |
| | ) | **Ashman** |
| **Defendants.** | ) | |

**NOTICE OF FILING**

To:   Anthony J. Carballo
      Gia F. Colunga
      Freeborn & Peters LLP
      311 South Wacker Drive
      Suite 3000
      Chicago, Illinois 60606-6677

   **PLEASE TAKE NOTICE** that on May 6, 2008, we caused to be filed with the Clerk of the Northern District of Illinois, Eastern Division, **the Parties' Joint Status Report** and corresponding **Certificate of Service**, copies of which are attached hereto and hereby served upon you.

   Dated: May 6, 2008                         Respectfully submitted,


                                              /s/    Matthew D. Lahey

                                              Matthew D. Lahey
                                              Lee Ann Rabe
                                              Schiff Hardin LLP
                                              6600 Sears Tower
                                              Chicago, IL 60606
                                              (312) 258-5500
                                              (312) 258-5600

                                              *Attorneys for Defendants International Titanium Powder, LLC and Stanley Borys*