**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Taras Lyssenko

                                          Plaintiff,

v.                                                                          Case No.: 1:07−cv−06678

                                                                                  Honorable Robert W. Gettleman

International Titanium Powder, LLC, et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable Robert W. Gettleman: Motions to dismiss [10][14] are granted in part and denied in part. Defendants' motions to dismiss counts II and III and VI−VII are granted. Defendants' motions to dismiss counts IV and V are denied. Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.