## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Taras Lyssenko

                    Plaintiff,

v.                                          Case No.: 1:07−cv−06678

                                                    Honorable Robert W. Gettleman

International Titanium Powder, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Robert W. Gettleman:Status hearing held on 5/8/2008. Discovery ordered closed 1/13/2009. Status hearing set for 1/13/2009 at 09:00 a.m.Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.