## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Taras Lyssenko

                              Plaintiff,

v.                                                         Case No.: 1:07−cv−06678

                                                                             Honorable Robert W. Gettleman

International Titanium Powder, LLC, et al.

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision and settlement. (gds, ) Mailed notice.

Dated: May 14, 2008

                                                                      /s/ Robert W. Gettleman

                                                                      United States District Judge