IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARAS LYSSENKO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6678 |
| | ) | |
| v. | ) | Judge Robert W. Gettleman |
| | ) | |
| INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS, | ) ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION REQUESTING A BRIEFING SCHEDULE

Defendants International Titanium Powder, L.L.C. ("ITP") and Stanley Borys ("Borys"), through their attorneys, state the following regarding the Motion for Leave to File His First Amended Complaint filed by Plaintiff Taras Lyssenko ("Lyssenko"):

1. On November 28, 2007, Lyssenko filed his Complaint in this matter against Defendants ITP and Borys, alleging claims for breach of contract, unjust enrichment, retaliatory discharge, defamation *per se*, and violations of the Uniform Deceptive Trade Practices Act.

2. Defendants filed a motion to dismiss all of Lyssenko's claims, except for his breach of contract claim, on December 21, 2007.

3. On May 6, 2008, this Court granted Defendants' motion in part, dismissing all of Lyssenko's claims except his breach of contract and defamation *per se* claims.

4. On June 11, 2008, Lyssenko filed a motion for leave to file his first amended complaint, which purports to re-allege Lyssenko's retaliatory discharge claim.

5. Lyssenko has noticed his motion for hearing by this Court on June 18, 2008.

6. Defendants request an opportunity to respond to Lyssenko's motion before this Court issues a ruling on that motion.

-2-

WHEREFORE, Defendants ITP and Borys respectfully request that, on or before the noticed date of June 18, 2008, this Court enter an order setting a briefing schedule regarding Plaintiff Lyssenko's Motion for Leave to File His First Amended Complaint.

Dated: June 11, 2008                                Respectfully submitted,

                                                     /s/ Lee Ann Rabe_____
                                                    Matthew D. Lahey
                                                    Lee Ann Rabe
                                                    Schiff Hardin LLP
                                                    6600 Sears Tower
                                                    Chicago, IL 60606
                                                    (312) 258-5500
                                                    (312) 258-5600
                                                    *Attorneys for Defendants International Titanium Powder, L.L.C. and Stanley Borys*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 11, 2008, she electronically filed the foregoing Defendants' Motion Requesting a Briefing Schedule with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following:

Anthony J. Carballo
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
(312) 360-6000
tcarballo@freebornpeters.com
gcolunga@freebornpeters.com

    /s/ Lee Ann Rabe

CH2\2547507.1