IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARAS LYSSENKO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6678 |
| ) | |
| INTERNATIONAL TITANIUM ) | Judge Robert W. Gettleman |
| POWDER, LLC and STANLEY ) | |
| BORYS, ) | Magistrate Judge Martin C. |
| ) | Ashman |
| Defendants. ) | |

## NOTICE OF MOTION

TO: Anthony J. Carballo
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677

PLEASE TAKE NOTICE that on Wednesday, June 18, 2008 at 9:15 a.m., we shall appear before the Honorable Robert Gettleman, in Courtroom 1703, 219 S. Dearborn St., the courtroom usually occupied by him, and shall then and there present Defendants' Motion Requesting a Briefing Schedule, a copy of which is attached hereto.

Dated: June 11, 2008                                    Respectfully submitted,


                                                        /s/  Lee Ann Rabe

                                                        Matthew D. Lahey
                                                        Lee Ann Rabe
                                                        Schiff Hardin LLP
                                                        6600 Sears Tower
                                                        Chicago, IL 60606
                                                        (312) 258-5500
                                                        (312) 258-5600

                                                        *Attorneys for Defendants International Titanium Powder, L.L.C. and Stanley Borys*

CH2\2548090.1