IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARAS LYSSENKO,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNATIONAL TITANIUM POWDER,<br>LLC and STANLEY BORYS,<br><br>        Defendants. | Case No. 07 C 6678<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Martin C. Ashman |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff, Counter-Defendant Taras Lyssenko ("Lyssenko"), Defendant, Counter-Plaintiff International Titanium Powder, LLC ("ITP") and Defendant Stanley Borys ("Borys"), move this Court for entry of the proposed protective order pursuant to Federal Rule of Civil Procedure 26(c), and in support, state as follows:

1. Lyssenko, ITP, and Borys have agreed to enter into a Protective Order to govern the production and use in the above-captioned matter of certain confidential documents and information.

2. A copy of the proposed Protective Order is attached to this Agreed Motion as Exhibit A.

WHEREFORE, Plaintiff, Counter-Defendant Taras, Defendant, Counter-Plaintiff International Titanium Powder, LLC, and Defendant Stanley Borys respectfully request that the Court enter the proposed Protective Order.

- 2 -

                                      Respectfully Submitted,

| TARAS LYSSENKO | INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS |
|---|---|
| /s/   Gia F. Colunga | /s/   Lee Ann Rabe |
| Anthony J. Carballo<br>Gia F. Colunga<br>Freeborn & Peters LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, Illinois 60606-6677<br>312.360.6000 | Matthew D. Lahey<br>Lee Ann Rabe<br>Schiff Hardin LLP<br>6600 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>312.258.5500 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Dated: June 16, 2008