**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TARAS LYSSENKO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 07 C 6678** |
| | ) | |
| **v.** | ) | **Judge Robert W. Gettleman** |
| | ) | |
| **INTERNATIONAL TITANIUM** | ) | **Magistrate Judge Martin C.** |
| **POWDER, LLC and STANLEY BORYS,** | ) | **Ashman** |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT INTERNATIONAL TITANIUM POWDER, L.L.C.'S
AGREED MOTION FOR AN EXTENSION OF TIME TO FILE A
RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant International Titanium Powder, L.L.C. ("ITP"), through its attorneys, respectfully requests that the Court grant it a seven (7) day extension of time in which to file a responsive pleading to Plaintiff's Amended Complaint. In support of this motion, ITP states as follows:[1]

1.     Plaintiff Taras Lyssenko ("Lyssenko") filed a complaint against ITP and Defendant Borys on November 28, 2007. Pursuant to Defendants' Motion to Dismiss, the Court dismissed a number of Lyssenko's claims on May 7, 2008, including his claim for retaliatory discharge against ITP.

2.     On June 11, 2008, Lyssenko filed an Amended Complaint, which realleges retaliatory discharge against ITP.

---

[1] The Amended Complaint adds a count containing a claim against ITP, and not Defendant Stanley Borys. Therefore, Defendant Borys does not join in this motion as he need not file a response to the Amended Complaint.

3.      Pursuant to Federal Rules of Civil Procedure 15(a)(3) and 6(a), ITP has until June 25, 2008 to file a responsive pleading to Lyssenko's Amended Complaint.

4.      ITP requests an additional seven (7) days (until July 2, 2008) to file a responsive pleading to the Amended Complaint.

5.      On June 19, 2008, ITP's counsel, Matthew D. Lahey, confirmed with one of Plaintiff's counsel, Ms. Gia F. Colunga, that Plaintiff has no objection to the extension of time sought herein.

**WHEREFORE**, Defendant International Titanium Powder, LLC respectfully requests that the Court enter an Order extending its time to answer or otherwise plead in response to Lyssenko's Amended Complaint to July 2, 2008.


Dated: June 20, 2008                    Respectfully submitted,


/s/____Matthew D. Lahey_____

Matthew D. Lahey
Lee Ann Rabe
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600
*Attorneys for Defendant,*
*International Titanium Powder, L.L.C.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on June 20, 2008, he electronically filed the foregoing Defendant International Titanium Powder, L.L.C.'s Agreed Motion for an Extension of Time to File a Responsive Pleading to Plaintiff's First Amended Complaint with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following:

> Anthony J. Carballo
> Gia F. Colunga
> Freeborn & Peters LLP
> 311 South Wacker Drive
> Suite 3000
> Chicago, Illinois 60606-6677
> (312) 360-6000
> tcarballo@freebornpeters.com
> gcolunga@freebornpeters.com

/s/_____Matthew D. Lahey_____

CH1\5849701.1