**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TARAS LYSSENKO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6678 |
| | ) | |
| **INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS,** | ) ) ) | **Judge Robert W. Gettleman** |
| | ) | **Magistrate Judge Martin C. Ashman** |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF MOTION**

TO:   Anthony J. Carballo
       Gia F. Colunga
       Freeborn & Peters LLP
       311 South Wacker Drive
       Suite 3000
       Chicago, Illinois 60606-6677

PLEASE TAKE NOTICE that on Wednesday, June 25, 2008 at 9:15 a.m., we shall appear before the Honorable Robert Gettleman, in Courtroom 1703, 219 S. Dearborn St., the courtroom usually occupied by him, and shall then and there present Defendant ITP's Agreed Motion for an Extension of Time to File a Responsive Pleading to Plaintiff's First Amended Complaint, a copy of which is attached hereto.

Dated: June 20, 2008                   Respectfully submitted,


                                       /s/  Matthew D. Lahey

                                       Matthew D. Lahey
                                       Lee Ann Rabe
                                       Schiff Hardin LLP
                                       6600 Sears Tower
                                       Chicago, IL 60606
                                       (312) 258-5500
                                       (312) 258-5600

                                       *Attorneys for Defendant International Titanium Powder, L.L.C.*