# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6678 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Taras Lyssenko    vs    International Titanium Powder | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [36] for leave to file first amended complaint is granted.
Defendants' motion [37] requesting a briefing schedule is denied.

[Docketing to mail notice]

00:06

| | Courtroom Deputy | GDS |
|---|---|---|