# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6678 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Taras Lyssenko   vs   International Titanium Powder | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [39] for entry of protective order is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00



| | Courtroom Deputy | GDS |
|---|---|---|

Page 1 of 1