IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARAS LYSSENKO,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS,<br><br>      Defendants. | Case No. 07 C 6678<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Martin C. Ashman |

**AGREED MOTION FOR TEMPORARY STAY
OF DISCOVERY PENDING THE JULY 30TH SETTLEMENT CONFERENCE**

Plaintiff, Counter-Defendant Taras Lyssenko ("Lyssenko"), Defendant, Counter-Plaintiff International Titanium Powder, LLC ("ITP"), and Defendant Stanley Borys ("Borys") (collectively, "the Parties"), jointly move this Court for a temporary stay of discovery pending the July 30, 2008 Settlement Conference scheduled before Magistrate Judge Martin C. Ashman, and in support, state as follows:

1. The parties have agreed to participate in a settlement conference with Magistrate Judge Martin C. Ashman on July 30, 2008. If successful, this conference will resolve the case in its entirety.

2. However, the parties already have served written discovery requests on each other, with Lyssenko's responses to Defendants' requests to admit, interrogatories, and document requests due on July 3, 2008, and Defendants still owing Lyssenko documents in response to his document requests.

3. The parties thus would like to avoid incurring further expenses related this discovery and all other discovery pending resolution of the settlement conference.

4.     Therefore, the parties request the Court to stay all discovery in this case pending resolution of the settlement conference.  Additionally, the parties request the Court to enter an order requiring the parties to respond to all outstanding discovery by August 22, 2008 if the settlement conference does not result in a settlement and stipulation to dismiss.

WHEREFORE, Plaintiff Counter-Defendant Taras Lyssenko, Defendant Counter-Plaintiff International Titanium Powder, LLC, and Defendant Stanley Borys respectfully request that the Court grant this Motion and enter an Order that: (i) all discovery is stayed pending resolution of the July 30, 2008 settlement conference; and (ii) if the July 30, 2008 settlement conference does not result in a settlement and stipulation to dismiss, the parties must respond to all outstanding written discovery by August 22, 2008.

Respectfully Submitted,

| | |
|---|---|
| TARAS LYSSENKO | INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS |
| /s/   Gia F. Colunga | /s/   Matthew D. Lahey |
| Anthony J. Carballo<br>Gia F. Colunga<br>Freeborn & Peters LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, Illinois 60606-6677<br>312.360.6000 | Matthew D. Lahey<br>Lee Ann Rabe<br>Schiff Hardin LLP<br>6600 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>312.258.5500 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Dated: June 26, 2008