IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARAS LYSSENKO, | |
| Plaintiff, | |
| v. | Case No. 07 C 6678 |
| INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS, | Judge Robert W. Gettleman |
| Defendants. | Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

To: Matthew D. Lahey
Lee Ann Rabe
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on Tuesday, July 1, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert Gettleman in Room 1703 of the United States District Court for the Eastern Division of Illinois, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Agreed Motion for Temporary Stay of Discovery Pending the July 30th Settlement Conference, a copy of which is hereby served upon you.

Respectfully submitted,

TARAS LYSSENKO

By: /s/ Gia F. Colunga
One of His Attorneys

Anthony J. Carballo
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
312.360.6000

Dated: June 26, 2008

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned, one of the attorneys of record for Plaintiff, certifies that on June 26, 2008, she caused a copy of Plaintiff's Notice of Motion and Motion to be served on upon:

           Matthew D. Lahey
           Lee Ann Rabe
           Schiff Hardin LLP
           6600 Sears Tower
           Chicago, Illinois 60606
           mlahey@schiffhardin.com
           lrabe@schiffhardin.com

via the Court's electronic filing system.


                  /s/   Gia F. Colunga

1562900v1