**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Taras Lyssenko
                                        Plaintiff,

v.                                                          Case No.: 1:07−cv−06678

                                                            Honorable Robert W. Gettleman

International Titanium Powder, LLC, et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

    MINUTE entry before the Honorable Martin C. Ashman: Plaintiff and defendants' agreed motion for temporary stay of discovery pending the July 30th settlement conference [48] is granted. All discovery is stayed pending resolution of the 7/30/2008 settlement conference, and if the 7/30/2008 settlement conference dose not result in a settlement and stipulation to dismiss, the parties must respond to all outstanding written discovery by 8/22/2008. Mailed notice.(is, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.