IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARAS LYSSENKO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6678 |
| | ) | |
| v. | ) | Judge Robert W. Gettleman |
| | ) | |
| INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS, | ) ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' WITHDRAWAL OF APPEARANCE OF LEE ANN RABE**

Pursuant to Rule 83.17 of the Local Rules of the U.S. District Court for the Northern District of Illinois, the appearance of Lee Ann Rabe of Schiff Hardin LLP filed on behalf of Defendants International Titanium Powder, LLC, and Stanley Borys, is hereby withdrawn. Defendants will continue to be represented by attorney Matthew D. Lahey of Schiff Hardin LLP.

Dated: July 1, 2008                               Respectfully submitted,


                                                  /s/     Lee Ann Rabe
                                                  Matthew D. Lahey
                                                  Lee Ann Rabe
                                                  Schiff Hardin LLP
                                                  6600 Sears Tower
                                                  Chicago, IL 60606
                                                  (312) 258-5500
                                                  (312) 258-5600
                                                  *Attorneys for Defendants,*
                                                  *International Titanium Powder, L.L.C., and Stanley Borys*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 1, 2008, she electronically filed the foregoing Defendants' Withdrawal of Appearance of Lee Ann Rabe with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following:

>Anthony J. Carballo
>Gia F. Colunga
>Freeborn & Peters LLP
>311 South Wacker Drive
>Suite 3000
>Chicago, Illinois 60606-6677
>(312) 360-6000
>tcarballo@freebornpeters.com
>gcolunga@freebornpeters.com

/s/   Lee Ann Rabe

CH2\2586881.1