IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARAS LYSSENKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6678 |
| | ) | |
| INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS, | ) ) ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

### DEFENDANT INTERNATIONAL TITANIUM POWDER, L.L.C.'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant International Titanium Powder, L.L.C. ("ITP"), through its attorneys, respectfully requests that this Court dismiss with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), Count II of Plaintiff Taras Lyssenko's ("Lyssenko") First Amended Complaint. In support of its Motion, Defendant states as follows:

1. Lyssenko filed his original complaint on November 28, 2007 against his former employer, ITP, as well as against ITP's Chairman and CEO, Stanley S. Borys. One of the claims Lyssenko asserted against ITP in his original complaint was retaliatory discharge.

2. On December 21, 2007, ITP moved to dismiss a number of Lyssenko's claims, including his claim of retaliatory discharge. The Court dismissed Lyssenko's retaliatory discharge claim on May 6, 2008, holding that his complaint did not provide a basis to conclude that a clearly mandated public policy was implicated by his discharge.

3. Lyssenko filed his First Amended Complaint on June 11, 2008, re-alleging a claim of retaliatory discharge against ITP.

4. Lyssenko's amended retaliatory discharge claim fails for the same reason as its predecessor – he fails to point to any clearly mandated public policy that was violated by his discharge. As a result, his retaliatory discharge claim should be dismissed pursuant to Rule 12(b)(6).

WHEREFORE, for the foregoing reasons and the reasons stated in the accompanying Memorandum in Support of this Motion, Defendant International Titanium Powder, L.L.C. respectfully requests that this Court dismiss Count II of Plaintiff's First Amended Complaint with prejudice, grant ITP its attorneys' fees in bringing this motion, and grant such other relief as the Court may consider just.

Dated: July 2, 2008　　　　　　　　　　Respectfully submitted,


/s/　　Matthew D. Lahey

Matthew D. Lahey
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600

*Attorney for Defendant, International Titanium Powder, L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 2, 2008, he electronically filed the foregoing Defendant ITP's Motion to Dismiss Count II of Lyssenko's First Amended Complaint and Memorandum in Support with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following:

> Anthony J. Carballo
> Gia F. Colunga
> Freeborn & Peters LLP
> 311 South Wacker Drive
> Suite 3000
> Chicago, Illinois 60606-6677
> (312) 360-6000
> tcarballo@freebornpeters.com
> gcolunga@freebornpeters.com

/s/      Matthew D. Lahey

CH1\5867218.1

-1-