IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARAS LYSSENKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6678 |
| | ) | |
| INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS, | ) ) ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Anthony J. Carballo
      Gia F. Colunga
      Freeborn & Peters LLP
      311 South Wacker Drive
      Suite 3000
      Chicago, Illinois 60606-6677

   PLEASE TAKE NOTICE that on Wednesday, July 9, 2008 at 9:15 a.m., we shall appear before the Honorable Robert Gettleman, in Courtroom 1703, 219 S. Dearborn St., the courtroom usually occupied by him, and shall then and there present Defendant ITP's Motion to Dismiss Count II of Plaintiff's First Amended Complaint, a copy of which is attached hereto.

   Dated: July 2, 2008                Respectfully submitted,


                                      /s/  Matthew D. Lahey_____

                                      Matthew D. Lahey
                                      Schiff Hardin LLP
                                      6600 Sears Tower
                                      Chicago, IL 60606
                                      (312) 258-5500
                                      (312) 258-5600

                                      *Attorney for Defendant International Titanium Powder, L.L.C.*

CH1\5850531.1