# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Taras Lyssenko

                                Plaintiff,

v.                                                   Case No.: 1:07−cv−06678

                                                  Honorable Sharon Johnson Coleman

International Titanium Powder, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 10, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held on 2/10/2011. Counter Defendant's/Plaintiff's motion [260] for sanctions is entered and continued with briefing schedule set as follows: defendant is to respond to motion by 3/28/2011 and reply is due 4/11/2011. Status hearing set for 2/25/2011 is stricken. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.