IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARAS LYSSENKO, | |
| Plaintiff, | |
| v. | Case No. 07 C 6678 |
| INTERNATIONAL TITANIUM POWDER, LLC and STANLEY BORYS, | Honorable Sharon Johnson Coleman |
| Defendants. | |

## STIPULATION TO DISMISS

Pursuant to the Parties' settlement agreement, the Parties jointly stipulate that the Court shall dismiss the captioned case with prejudice and without costs.

/s/ Anthony J. Carballo
One of Plaintiff's Attorneys

Anthony J. Carballo
Gia F. Colunga
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3100
Chicago, Illinois 60606
(312) 201-0575
TCarballo@freebornpeters.com
GColunga@freebornpeters.com

/s/ John F. Grady
One of Defendants' Attorneys

John F. Grady
Raechelle E. Delarmente
Grady Pilgrim Christakis Bell LP
53 W. Jackson Blvd.
Suite 1515
Chicago, IL 60604
(312) 939-6580
jgrady@gradypilgrim.com
rdelarmente@gradypilgrim.com

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record for Defendant, certifies that on April 1, 2011, he caused a copy of the Stipulation to Dismiss to be served via the Court's electronic filing system upon:

John F. Grady, Esq.
Raechelle Delarmente, Esq.
Grady, Pilgrim, Christakis, Bell LLP
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
jgrady@gradypilgrim.com
rdelarmente@gradypilgrim.com


/s/ Anthony J. Carballo

2253609v1